IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re Fritz Gerald Toussaint** | : <br> : <br> : <br> : | CIVIL ACTION No. 22-3231 <br> and all related and <br> later-filed actions |

**McHUGH, J.**                                                                                           **January 31, 2024**

## MEMORANDUM

Within the last forty-five days, Fritz Toussaint has filed more than forty *pro se* complaints in the Eastern District of Pennsylvania, as well as various motions and letters to the Court.[1] Mr. Toussaint has not paid the necessary filing fees in any of these actions, nor has he moved to procced *in forma pauperis*. The Court has transferred three of these actions to other federal district courts and has expended substantial resources in attempting to construe and process Mr. Toussaint's filings.

Notices sent by the Clerk of Court have been returned without delivery, and based on the Court's investigation to date, it appears that all of Mr. Toussaint's various purported addresses are invalid. To that point, Mr. Toussaint has repeatedly appeared in-person at the Clerk's Office in

---

[1] These actions include the following, as well as other cases that have been transferred to other districts: *Toussaint v. McKeon* (23-5190); *Toussaint v. Go Foot Care LLC* (23-5191); *Tousaint v. Toussaint* (23-5192); *Toussaint v. Go Foot Care LLC* (23-5193); *Toussaint v. Toussaint* (23-5194); *In re Fritz Gerald Toussaint* (23-5196); *Toussaint v. Barkoff* (23-5197); *Toussaint v. Vitellaet* (23-5198); *Toussaint v. Cavalry Portfolio Service* (23-5200); *Toussaint v. Toussaint* (24-0161); *Toussaint v. Toussaint* (24-0159); *Toussaint v. Hochul* (24-0223); *In re Toussaint* (24-0225); *In re Toussaint* (24-0226); *In re Toussaint* (24-0230); *In re Toussaint* (24-0233); *In re Toussaint* (24-0235); *In re Toussaint* (24-0236); *In re Toussaint* (24-0237); *In re Toussaint* (24-0229); *In re Toussaint* (24-0238); *In re Toussaint* (24-0239); *In re Toussaint* (24-0241); *Toussaint v. IRS* (24-0242); *Toussaint v. Brooklyn Public Library* (24-0251); *Toussaint v. Faye* (24-0252); *Toussaint v. Charles* (24-0254); *Toussaint v. Abrazia* (24-0255); *In re Toussaint* (24-0228); *Toussaint v. OVS* (24-0247); *Toussaint v. DiNapoli* (24-0281); *Toussaint v. IHRC* (24-0337); *Toussaint v. Itzel* (24-0417); *Toussaint v. Clinton* (24-0411); *Toussaint v. Department of Homeland Security* (24-0414); *Toussaint v. Barret* (24-0419); *Toussaint v. Velasquez* (24-0420); *Toussaint v. Jablonski* (24-0421). In another case, *Myparkingtickets.com LLC v. City of New York* (23-5195), he sued in the name of a business with which he apparently has no affiliation.

Philadelphia, while providing mailing addresses in San Diego and Sacramento in California, and Washington, D.C.

Mr. Toussaint has also appeared in-person at the door of chambers, seeking to meet with me in violation of this Court's procedures for *pro se* litigants, and in at least two instances, Mr. Toussaint improperly delivered documents directly to Chambers rather than to the Clerk's Office. In one such instance, discarded candy wrappers were interspersed among the documents, as well as an application to carry a concealed firearm.

Although *pro se* litigants have a right to access our federal courts and are entitled to due process, Mr. Toussaint has abused these rights. Mr. Toussaint will therefore be barred from submitting further filings or complaints in the Eastern District of Pennsylvania until the Court has an opportunity to determine how to address the pending filings. In the meantime, Mr. Toussaint will also be ordered to supply the Clerk of Court with a valid mailing address or risk the dismissal of his pending matters with prejudice.

      /s/ Gerald Austin McHugh
United States District Judge