IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re Fritz Gerald Toussaint** | : | CIVIL ACTION No. 22-3231 |
| | : | and all related and |
| | : | later-filed actions |

## ORDER

This 31st day of January, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Fritz Gerald Toussaint is **ENJOINED** and prohibited from submitting additional complaints or filings in any civil action in the Eastern District of Pennsylvania on behalf of himself or any purported businesses, and the Clerk of Court shall refuse to process any such filings, pending further Order of this Court.  It is further **ORDERED** that the Clerk of Court shall mail this Order and the accompanying memorandum to Mr. Toussaint at any address known to the Court,[1] and serve him with a copy of this Order if he appears in the Clerk's Office.  It is further **ORDERED** that Mr. Toussaint must provide the Clerk of Court with a valid mailing address or his pending matters before this Court may be dismissed with prejudice.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] The Clerk need not mail to addresses already determined to be invalid.